Ellis Pollard, JR
3842 Dean Dr, Apt G1
Hyattsville MD 20782
(240) 917-4824

VS

19-cv-03099

The District of Columbia

4441 4th St, NW

Washington DC 2001

Serve

Mayor of the District of Columbia
1350 Pennsylvania Ave NW

&

Office of Risk Management

441 4th St, NW

Suite 800 South

Washington DC 2001

Motion for extension of time

I no longer have legal representation. I am requesting an additional 60 days to find adequate legal representation and time to respond to the defendants motion to dismiss. ~~I have an updated mailing address~~ 3542 Dean Dr. Apt G1 Hyattsville, MD 20782 is my updated mailing address

RECEIVED

JAN 14 2020

Clerk, U.S. District and Bankruptcy Courts

[signature]
3512 Dean Dr Apt G1
Hyattesville MD, 20782