ELLIS POLLARD
*Plaintiff*

v.

DISTRICT OF COLUMBIA
*Defendant*.

Civil Action No.:19-cv-3099-ABJ

# **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Meet and Confer Statement, and the entire record herein, it is hereby **ORDERED** as follows:

- Any amended pleadings or the joinder of additional parties shall be filed by July 14, 2020.
- Initial disclosures shall be exchanged by May 15, 2020.
- Plaintiff's Rule 26(a)(2) Expert Disclosures shall be filed by September 1, 2020.
- Defendant's Rule 26(a)(2) Expert Disclosures shall be filed by October 15, 2020.
- Requests for Admissions shall be served by November 15, 2020.
- Fact discovery shall close on December 10, 2020.
- Any dispositive motions shall be filed no later than February 8, 2021.
- Any opposition to dispositive motion shall be filed no later than March 10, 2021.
- Any reply to dispositive motion shall be filed no later than May 15, 2021.
- The pre-trial conference shall be set upon completion of discovery.
- The trial of this case shall be set at the pre-trial conference.

**SO ORDERED**

_____                    _____
                                            United States District Judge