UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIS POLLARD,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant.* | Case No. 2019-cv-03099 (ABJ) |

**THE DISTRICT OF COLUMBIA'S STATEMENT OF MATERIAL FACTS WHICH PRESENT NO GENUINE ISSUE FOR TRIAL**

**I.     Nationally Recognized Firefighter Safety Standards**

1.     Consistent with federal regulations, national standards, and manufacturer requirements, the District of Columbia's Fire and Emergency Medical Services (DC FEMS) requires its firefighters who work in operations to be clean-shaven.  Ex. 1, DC FEMS Safety Bulletin 10; Ex. 2, Kahatapitiya Expert Report at 1.

2.     The National Institute for Occupational Safety and Health (NIOSH) has found that firefighters should be clean shaven when donning their respirators because this provides greater air capacity and lessens the risk of exposure to toxicants, and the Occupational Safety and Health Administration (OSHA) has published regulations requiring firefighters to be clean shaven for this same reason.  Ex. 3, Kahatapitiya Supplemental Report at 2.

**II.    DC FEMS' Respirators**

3.     DC FEMS firefighters must wear a self-contained breathing apparatus (SCBA) when they will be exposed to "immediately dangerous to life or health" (IDLH) environments. Ex. 2, Kahatapitiya Expert Report, at 3.

4. The SCBA is a positive pressure respirator that provides air through a cylinder worn on the firefighter's back that connects to their mask. Ex. 2 Kahatapitiya Expert Report, at 3

5. DC FEMS Firefighters also use negative pressure respirators such as the N-95, the half face air purifying respirator, and the full face air purifying respirator, to protect them from exposure to particulates, gases, vapors, and fumes, and these respirators filter contaminants from the ambient air before the air enters the firefighter's respiratory system. Ex. 3, Kahatapitiya Supplemental, at 2.

6. Negative pressure respirators also require a tight-fitting mask to ensure that that contaminants from outside the mask do not pass through the seal and enter the firefighter's respiratory system. Ex. 3, Kahatapitiya Supplemental, at 2.

7. Negative pressure respirators cannot be used in IDLH environments. Ex. 3, Kahatapitiya Supplemental, at 2.

### III.  DC FEMS' Safety Control Measures

8. DC FEMS firefighters working in operations must pass a fit test annually. Ex. 4, Egan Dep. 61:4-5; Ex. 5, Gillium Dep., 15:10-12.

9. A fit test measures the amount of air outside a firefighter's mask in relation to the air inside, or the degree of leakage between the firefighter's face and their mask. The Respiratory Protection Information Trusted Source: Fit Test FAQs, Centers for Disease Control and Prevention, https://www.cdc.gov/niosh/npptl/topics/respirators/disp_part/respsource3fittest.html (last visited Apr. 3, 2022).

10. There are five steps to the fit test: (1) firefighters face forward and breathe for eight seconds, (2) then bend at the waste for eight seconds, (3) then shake their head for eight

seconds, (4) then they take the mask off, and (5) then put the mask back on.  The fit test machine records a fit factor for each step of the test.  Ex. 5, Gillium Dep. 20:3-13; Ex. 4, Egan Dep. 106:7-10, 162:6-15; Ex. 6, Pollard Failed Fit test.

11. The recorded fit factor for each step must be at least 500 for the firefighter to pass the test.  Ex. 6, Pollard Failed Fit test.

12. Firefighters are tested as many times as needed until they pass the fit test.  Ex. 4, Egan Dep., 43:5-20.

13. Firefighters must carry a wallet-sized card showing that they passed a fit test within the last twelve months.  Ex. 4, Egan Dep., 46:14-16; Ex. 7, Fit test Card.

14. On September 27, 2021, DC FEMS acquired hooded PAPR respirators.  Ex. 9, Egan Dep., 200:17-201:5.

15. A firefighter can safely don a hooded PAPR respirator while wearing a beard and without passing a fit test provided that the hooded PAPR is appropriate for the environment in which they will work.  Ex. 2, Kahatapitiya Expert Report, at 3; Ex. 4, Egan Dep., 200:17-201:5.

16. Unlike the SCBA, the Hooded PAPR respirator does not provide any protection in IDLH environments.  Ex. 2, Kahatapitiya Expert Report, at 3.

**IV.     Plaintiff Ellis Pollard's Challenge to DC FEMS' Grooming Policy**

17. Plaintiff Ellis Pollard began working for DC FEMS as a firefighter in October 2003 and was later promoted to a firefighter technician.  Am. Compl. ¶¶ 7-8.

18. Pollard converted to Islam in 2012.  Ex. 8, Pollard Dep.12:11-14.

19. Pollard maintains that his Muslim faith requires him to wear a beard without exception. Am. Compl. ¶ 9; Ex. 8, Pollard Dep. 16:3-13.

20. On September 17, 2017, Pollard reported to the mask room for his annual fit test, which he failed.  Am. Compl. ¶ 21; Ex. 6, Pollard Failed Fit Test.

21. Because Pollard could not pass his fit test, Fire Chief Gregory Dean removed him from operations.  Ex. 9, Dean Dep. 15:21-16:5, 23:18-24:7.

22. Thereafter, DC FEMS continued to pay Pollard the same hourly wage that he earned in operations.  Am. Compl. ¶ 21; Ex. 8, Pollard Dep. 163:7-8.

23. Pollard was fit tested by DC FEMS after he was removed from operations but did not pass those tests.  Ex. 8, Pollard Dep. 143:3-19.

24. DC FEMS tried to help Pollard pass the fit test by testing him with "every size mask that the manufacturer provides," and even called the manufacturer to determine if the manufacturer had any other type of mask that Pollard could use.  Ex. 10, Foust Dep. 12:14-13:3 Ex. 18, Foust Memo.

25. On October 28, 2020, Pollard traveled to the Fairfax County Fire Department to be fit tested.  He passed that fit test.  Ex. 11, Fairfax Fit Test; Ex. 12, Joplin Dep. 62:3-10.

26. But Pollard brought a AV2000 mask to use for his fit test in Fairfax.  DC FEMS no longer uses the AV2000 mask, and Fairfax discontinued the AV2000 mask 10 years ago.  Ex. 11, Fairfax Fit Test; Ex. 12, Joplin Dep. 42:9-10; Ex. 4, Egan Dep. 92:15-21, 166:19-167:9.

27. DC FEMS does not recognize fit tests from other jurisdictions.  Ex. 4, Egan Dep. 92:15-21, 166:19-167:9.

28. On November 15, 2021, Pollard was invited to apply for an accommodation where he could return to operations, continue to wear his beard, be excused from fit testing, and use the hooded PAPR respirator, but because the hooded PAPR does not provide protection in

4

IDLH environments, Pollard cannot work in atmospheres that require him to wear a SCBA. Ex. 13, Return to Operations Offer.

29. Pollard applied for and was granted a religious accommodation and was returned to operations to work on a transport unit, or ambulance on March 1, 2022. Ex. 14, Email from Shawn Downs to Ellis Pollard (Mar. 1, 2022, 12:48 p.m.).

| | |
|---|---|
| April 5, 2022 | Respectfully submitted, |
| | KARL A. RACINE<br>Attorney General for the District of Columbia |
| | CHAD COPLAND<br>Deputy Attorney General<br>Civil Litigation Division |
| | /s/ *Michael K. Addo*<br>MICHAEL K. ADDO [1008971]<br>Chief, Civil Litigation Division Section IV |
| | */s/ Martha J. Mullen*<br>MARTHA J. MULLEN [419036]<br>Senior Assistant Attorney General<br>202-724-6612; 202-805-7516 |
| | /s/ *John J. Bardo*<br>JOHN J. BARDO [1655534]<br>Assistant Attorney General<br>Civil Litigation Division<br>400 6th Street NW<br>Washington, DC 20001<br>202-724-6534<br>John.Bardo@dc.gov |
| | *Counsel for Defendants* |